

Antoinette Varela, CSR
County Court at Law No. 5
2100 Bloomdale Road, Suite 20382
McKinney, TX  75071
Phone: 972.548.3854
Fax:  972.548.3855
Email:  avarela@co.collin.tx.us

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

12/31/2014 9:01:08 AM

LISA MATZ
Clerk

December 30, 2014

Sent via electronically

Lisa Matz, Clerk of the Court
Fifth Court of Appeals
600 Commerce Street
2nd Floor
Dallas, TX  75202

Re:  Trial Court Cause Number 005-84640-2013, Court of Appeals Cause
Number 05-14-01568-CR,  State of Texas v. Robert Alan Nourse

Ms. Matz,

The Reporter's Record for the above-entitled and –numbered case on appeal
is due December 31, 2014.  As of today's date financial arrangements have
not been satisfied.

Thank you for your time in advance.

Sincerely,
Antoinette Varela, CSR 7590